# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-2368
_____

JAMES DAVID WATSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Dedee S. Costello, Judge.

September 21, 2020

PER CURIAM.

AFFIRMED. *See Armstrong v. State*, 73 So. 3d 155, 167–68 (Fla. 2011) (clarifying that a photograph maintains relevance where it is probative of facts beyond what was stipulated to)).

ROBERTS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Russell K. Ramey of Ramey Law Offices, Panama City Beach, for Appellant.

Ashley Moody, Attorney General, and Robert "Charlie" Lee, Assistant Attorney General, Tallahassee, for Appellee.